Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK U.S. DISTRICT COURT
AUG 13 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rodney Sawyer<br><br>**PLAINTIFF(S)**<br>v.<br>City of Los Angeles, Luis Bonilla, Alvaro Navarro<br><br>**DEFENDANT(S).** | **CASE NUMBER**<br>2:12-cv-10819-SVW-JC<br><br>**JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)** |

This action came on for jury trial, the Honorable **STEPHEN V. WILSON** District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

RODNEY SAWYER

recover of the defendant(s):

as set forth in the jury verdict form (See Dkt. 64).

the sum of _____, with interest thereon at the legal rate as provided by the law, and its costs of action, taxed in the sum of _____.

Clerk, U. S. District Court

Dated: August 13, 2013

By _[signature]_
Deputy Clerk
PAUL M. CRUZ

At: 3:15 p.m.

cc: *Counsel of record*

CV-49 (05/98)                       JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)